IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD KELLY HESLEN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 108-130 |
| | ) | |
| AUGUSTA-RICHMOND COUNTY | ) | |
| CONSOLIDATED, DANIEL J. CRAIG, | ) | |
| District Attorney, MICHAEL C. | ) | |
| GARRETT, and C. SCOTT CONNELL, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion to Accept Civil Complaint Prior to Expiration of Statute of Limitations" (doc. no. 8) is **DENIED**, Plaintiff's case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 16th day of December, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE